IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MARCELLUS A. JONES,
(PLAINTIFF),

VS.

JOHN WETZEL, ET AL.
(DEFENDANTS)

4:CV 17-2180

JUDGE BRANN

FILED
WILLIAMSPORT
NOV 24 2017
PER ________
DEPUTY CLERK

INITIAL COMPLAINT

I. JURISDICTION & VENUE

1) THIS IS A CIVIL ACTION AUTHORIZED BY 42 U.S.C §§ 1983, 1985, 1986 & 1997. TO REDRESS THE DEPRIVATION/VIOLATION UNDER COLOR OF STATE LAW RIGHTS SECURED BY CONSTITUTION OF THESE UNITED STATES THE COURT HAS JURISDICTION UNDER 28 U.S.C §§ 1331 & 1343 (a) (3). PLAINTIFF SEEKS DECLARATORY RELIEF PURSUANT TO 28 U.S.C §§ 2201 & 2202, THE COURT HAS SUPPLEMENTAL JURISDICTION OVER THE PLAINTIFF'S STATE LAW CLAIMS UNDER 28 U.S.C § 1367. PLAINTIFF'S CLAIMS FOR INJUNCTIVE RELIEF ARE AUTHORIZED UNDER 28 U.S.C §§ 2284 & 2285 AND RULE #65 OF THE FED.R.CIV.P.

2) IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT IS THE APPROPRIATE VENUE UNDER 28 U.S.C § 1391 (b)(2) BECAUSE IT IS WHERE EVENTS GIVEN RAISE TO THESE CLAIMS OCCURRED.

## II. PLAINTIFF

3) MARCELLUS A. "JONES", THE PLAINTIFF, IS &/OR WAS @ ALL TIMES MENTIONED HEREIN A PRISONER OF PENNSYLVANIA STATE IN THE CUSTODY OF THE PENNSYLVANIA DEPARTMENT OF CORRECTIONS.

## III. DEFENDANTS

4) DEFENDANT/TORT FEASOR: JOHN "WETZEL", IS THE SECRETARY OF THE PENNSYLVANIA DEPARTMENT OF CORRECTIONS "Pa D.O.C",

5) DEFENDANT/TORT FEASOR: SHIRLEY "SMEAL", IS &/OR WAS THE EXECUTIVE SECRETARY OF THE Pa D.O.C,

6) DEFENDANT\TORT FEASOR MICHEAL "WENEROWICZ", IS THE DEPUTY SECRETARY OF THE EASTERN REGION OF THE Pa D.O.C,

7) DEFENDANT\TORT FEASOR DORINAN "VARNER", IS & WAS THE CHIEF GRIEVANCE OFFICER WITHIN THE Pa D.O.C @ THE TIMES MENTIONED HEREIN,

8) DEFENDANT\TORT FEASOR JAMES "BARNACLE", IS & WAS THE DIRECTOR OF THE OFFICE OF SPECIAL INTERNAL INVESTIGATIONS "O.S.I.I",

9) DEFENDANT\TORT FEASOR JENNIFER "PAULINE", IS & WAS AN ASSISTANT TO THE DEPUTY SECRETARY OF THE EASTERN REGION OF THE Pa D.O.C,

10) DEFENDANT\TORT FEASOR SCOTT "MILLER", IS &/OR WAS AN ASSISTANT TO THE DEPUTY SECRETARY OF THE EASTERN REGION OF THE Pa D.O.C,

11) DEFENDANT\TORT FEASOR: "DEL BALSO"(?), IS THE WARDEN\SUPERINTENDANT @ THE STATE CORRECTIONAL INSTITUTION @ MAHANOY "S.C.I-M" SHE IS RESPONSIBLE FOR THE MANAGEMENT, OVERSIGHT, OPERATION & ADMINISTRATION OF S.C.I-M,

12) DEFENDANT\TORT FEASOR: JOHN "KERESTES", WAS @ TIMES MENTIONED THE WARDEN\SUPERINTENDANT @ S.C.I-M,

13) DEFENDANT\TORT FEASOR: JANE "HINMAN", IS & WAS THE ASSISTANT TO THE WARDEN\SUPERINTENDANT OF S.C.I-M,

14) DEFENDANT\TORT FEASOR: HUGH "BEGGS", WAS @ TIMES MENTIONED THE DEPUTY SUPERINTENDANT OF FACILITY MANAGEMENT @ S.C.I-M,

15) DEFENDANT/TORT FEASOR: MICHEAL "VUKSTA", IS & WAS @ TIMES MENTIONED THE DEPUTY SUPERINTENDANT OF CENTRALIZED SERVICES @ S.C.I-M,

16) DEFENDANT\TORT FEASOR: JEANNE "MCKNIGHT", IS & WAS THE S.C.I-M CORRECTIONAL PROGRAM MANAGER,

17) DEFENDANT/TORT FEASOR: MICHEAL "DAMORE", IS & WAS A LEVEL-5(FIVE) CORRECTIONS OFFICER (MAJOR) @ S.C.I-M,

18) DEFENDANT\TORT FEASOR: "GAVIN", IS & WAS A LEVEL-5(FIVE) CORRECTIONS OFFICER (MAJOR) @ S.C.I-M

19) DEFENDANT\TORT FEASOR: "CLARK", IS & WAS A LEVEL-4(FOUR) CORRECTIONS OFFICER (CAPTAIN) @ S.C.I-M,

20) DEFENDANT\TORT FEASOR: "HUFFMAN", IS & WAS A LEVEL-4(FOUR) CORRECTIONS OFFICER (CAPTAIN) @ S·C·I-M,

21) DEFENDANT/TORT FEASOR: "EVANS", IS & WAS A LEVEL-FOUR(4) CORRECTIONS OFFICER (CAPTAIN) @ S·C·I-M,

22) DEFENDANT\TORT FEASOR: "DUNKLE", IS & WAS A LEVEL-4(FOUR) CORRECTIONS OFFICER (CAPTAIN) @ S·C·I-M,

23) DEFENDANT\TORT FEASOR: "LENCOVICH", IS & WAS A LEVEL-4(FOUR) CORRECTIONS OFFICER (CAPTAIN) @ S·C·I-M,

24) DEFENDANT\TORT FEASOR: "KMIECHICK (?)", IS & WAS A LEVEL-4(FOUR) CORRECTIONS OFFICER (CAPTAIN) @ S·C·I-M,

25) DEFENDANT\TORT FEASOR: "SORBER", IS A LEVEL-4(FOUR) CORRECTIONS OFFICER (CAPTAIN) @ S·C·I-M,

26) DEFENDANT\TORT FEASOR: "PASCAVAGE", IS & WAS A LEVEL-4(FOUR) CORRECTIONS OFFICER (CAPTAIN) @ S·C·I-M,

27) DEFENDANT\TORT FEASOR: "YACKIEL", IS & WAS A LEVEL-4(FOUR) CORRECTIONS OFFICER (CAPTAIN) @ S·C·I-M,

28) DEFENDANT\TORT FEASOR: "JON DOE", IS & WAS A LEVEL-3(THREE) CORRECTIONS OFFICER (LIEUTENANT) @ S·C·I-M HIS DUTY WAS &/OR IS TO ESCORT PRISONERS ON THE 10PM-6AM SHIFT FROM THE RESTRICTED HOUSING UNIT "R·H·U" TO THE S·C·I-M PROPERTY/RECEIVING ROOM AREA FOR TRANSFERS OUT OF S·C·I-M,

29) DEFENDANT\TORT FEASOR: CHARLES "BUTTS", IS & WAS A LEVEL-3 (THREE) CORRECTIONS OFFICER (LIEUTENANT) @ S.C.I-M,

30) DEFENDANT\TORT FEASOR: "BRENNAN"(?) IS & WAS A LEVEL-3 (THREE) CORRECTIONS OFFICER (LIEUTENANT) @ S.C.I-M,

31) DEFENDANT\TORT FEASOR: "WAGNER", IS & WAS A LEVEL-3 (THREE) CORRECTIONS OFFICER (LIEUTENANT) @ S.C.I-M,

32) DEFENDANT\TORT FEASOR: "WALL", IS & WAS A LEVEL-3 (THREE) CORRECTIONS OFFICER (LIEUTENANT) @ S.C.I-M,

33) DEFENDANT\TORT FEASOR: "WYDNER (?)", IS & WAS A LEVEL-3 (THREE) CORRECTIONS OFFICER (LIEUTENANT) @ S.C.I-M,

34) DEFENDANT\TORT FEASOR: "YATISON", IS & WAS A LEVEL-2 (TWO) CORRECTIONS OFFICER (SERGENT) @ S.C.I-M,

35) DEFENDANT\TORT FEASOR: "GORMELY", IS & WAS A LEVEL-2 (TWO) CORRECTIONS OFFICER (SERGEANT) @ S.C.I-M,

36) DEFENDANT\TORT FEASOR: "TORRES", IS & WAS A LEVEL-2 (TWO) CORRECTIONS OFFICER (SERGEANT) @ S.C.I-M,

37) DEFENDANT\TORT FEASOR: JOSEPH "DUDEK", IS & WAS A LEVEL-1 (ONE) CORRECTIONS OFFICER (C.O-1) @ S.C.I-M,

38) DEFENDANT\TORT FEASOR: JAMES "MURPHY", IS & WAS A LEVEL-1 (ONE) CORRECTIONS OFFICER (C.O-1) @ S.C.I-M,

39) DEFENDANT\TORT FEASOR: SEAN "PETERS", IS & WAS A LEVEL-1 (ONE) CORRECTIONS OFFICER (C.O-1) @ S.C.I-M,

40) DEFENDANT\TORT FEASOR PAUL "PETERS", IS & WAS A LEVEL-1 (ONE) CORRECTIONS OFFICER (C.O-1) @ S.C.I-M,

41) DEFENDANT\TORT FEASOR: DANIEL "BRZOZOWSKI", IS A LEVEL-1 (ONE) CORRECTIONS OFFICER (C.O-1) @ S.C.I-M,

42) DEFENDANT\TORT FEASOR: ROGER "WATERS", IS A LEVEL-1 (ONE) CORRECTIONS OFFICER (C.O-1) @ S.C.I-M,

43) DEFENDANT\TORT FEASOR: BLAIR "DEF. BAUGH", IS & WAS A LEVEL-1 (ONE) CORRECTIONS OFFICER (C.O-1) @ S.C.I-M,

44) DEFENDANT\TORT FEASOR: "MASTELLER (?)" IS & WAS A LEVEL-1 (ONE) CORRECTIONS OFFICER (C.O-1) @ S.C.I-M,

45) DEFENDANT\TORT FEASOR: "NAVARTIL (?)", IS & WAS A LEVEL-1 (ONE) CORRECTIONS OFFICER (C.O-1) @ S.C.I-M,

46) DEFENDANT\TORT FEASOR: "MORNING", IS & WAS A LEVEL-1 (ONE) CORRECTIONS OFFICER (C.O-1) @ S.C.I-M,

47) DEFENDANT\TORT FEASOR: "CRAWFORD", IS & WAS A LEVEL-1 (ONE) CORRECTIONS OFFICER (C.O-1) @ S.C.I-M,

48) DEFENDANT\TORT FEASOR: "PARKER", IS & WAS A LEVEL-1 (ONE) CORRECTIONS OFFICER (C.O-1) @ S.C.I-M,

49) DEFENDANT\TORT FEASOR: "RAKUS", IS & WAS A LEVEL-1 (ONE) CORRECTIONS OFFICER (C.O-1) @ S.C.I-M,

50) DEFENDANT\TORT FEASOR: "LONG" IS & WAS A LEVEL-1 (ONE) CORRECTIONS OFFICER (C.O-1) @ S.C.I-M,

51) DEFENDANT\TORT FEASOR: "HOFFMAN" IS & WAS A LEVEL-1 (ONE) CORRECTIONS OFFICER (C.O-1) @ S.C.I-M,

52) DEFENDANT\TORT FEASOR: "GUZENSKI" IS & WAS A LEVEL-1 (ONE) CORRECTIONS OFFICER (C.O-1) @ S.C.I-M,

53) DEFENDANT\TORT FEASOR: "GORDON" IS & WAS A LEVEL-1 (ONE) CORRECTIONS OFFICER (C.O-1) @ S.C.I-M,

54) DEFENDANT\TORT FEASOR: "BARRY" IS & WAS A LEVEL-1 (ONE) CORRECTIONS OFFICER (C.O-1) @ S.C.I-M,

55) DEFENDANT\TORT FEASOR: "M'DONNELL" IS & WAS A LEVEL-1 (ONE) CORRECTIONS OFFICER (C.O-1) @ S.C.I-M,

56) DEFENDANT\TORT FEASOR: "MARSCAVAGE" IS & WAS A NURSE @ S.C.I-MAH,

57) DEFENDANT\TORT FEASOR: JEFFERY "BANKS" IS & WAS A LEVEL-3 (THREE) CORRECTIONS OFFICER (LIEUTENANT) @ S.C.I-M,

58) DEFENDANT\TORT FEASOR: KALINS "MAINS" IS & WAS A LEVEL-1 (ONE) CORRECTIONS OFFICER (C.O-1) @ THE STATE CORRECTIONAL INSTITUTE @ FRACKVILLE "S.C.I-FRA",

59) DEFENDANT\TORT FEASOR: "JON DOE-2" IS & WAS A LEVEL-1 (ONE) CORRECTIONS OFFICER (C.O-1) @ S.C.I-FRA,

60) DEFENDANT\TORT FEASOR: "JON DOE-3", IS & WAS A LEVEL-1 CORRECTIONS OFFICER (C.O-1) @ S.C.I-FRA;

61) EACH DEFENDANT IS BEING SUED IN THEIR INDIVIDUAL & OFFICIAL CAPACITIES @ ALL TIMES MENTIONED IN THIS COMPLAINT @ ALL TIMES RELEVANT EACH DEFENDANT/TORT FEASOR ACTED UNDER COLOR OF STATE LAW.

* * * * NOTICE * * * *

62) ALL DEFENDANTS\TORT FEASORS MENTIONED FOREGOINGLY - @ PARAGRAPHS # 4-60 MEET ANY & ALL SET CRITERIA & DEFINITIONS OF "TORT FEASORS" & "LOCAL AGENCIES" IN ACCORDANCE WITH THE PENNSYLVANIA POLITICAL SUBDIVISION TORT CLAIMS ACTS 42 Pa C.S.A § 8501 ET. SEQ. MOREOVER THE DEFENDANTS ARE ALSO LIABLE UNDER PENNSYLVANIA RULES OF CIVIL PROCEDURE # 1007.

63) AGAINST THE DEFENDANTS/TORT FEASORS MENTIONED FOREGOINGLY MR. JONES AVERS THAT CLAIMS OF "WILLFUL MISCONDUCT" PURSUANT TO 42 Pa C.S.A § 8550 & ARE BEING FILED AGAINST EACH DEFENDANT/TORT FEASOR IN THEIR "INDIVIDUAL CAPACITIES" THRU-OUT THIS ~~SUPPLEMENTAL~~ COMPLAINT AS A RESULT NONE OF THESE DEFENDANTS/TORT FEASORS ARE ELIGIBLE TO RECEIVE ANY IMMUNITIES UNDER THE PENNSYLVANIA POLITICAL SUBDIVISION TORT CLAIMS ACT BECAUSE MR. JONES ASSERTS IN THIS COMPLAINT THAT EACH TORT FEASOR WAS MOTIVATED BY ACTUAL MALICE & WILLFUL MISCONDUCT & THAT EACH TORT FEASORS' ACTIONS EXPLAINED IN VIVID DETAIL HEREIN WERE TAKEN IN ORDER TO BRING ABOUT THE RESULTS & INJURIES DESIRED BY TORT FEASORS (INTENTIONAL TORTS) & (CONVERSION TORTS) THAT FOLLOWED: SEE: 42 Pa C.S.A §§ 8545-8550 CORNELL COMPANIES V. BUREAU OF NEW MORGAN 512 F SUPP 2d 238 2007 U.S. DIST. LEXIS 39646 & PALMER V. BARTOSH 959 A 2d 508

(4) MOREOVER MR. JONES ALSO AVERS THAT DURING THE INCIDENTS IN WHICH THE TORT FEASORS COMMITTED **WILLFUL MISCONDUCT** AGAINST MR. JONES EACH DEFENDANT/TORTFEASOR WAS ACTING **OUTSIDE OF THE OFFICE OR DUTIES OF THE EMPLOYER** WHILE PURPORTING TO BE ACTING UNDER COLOR OF LAW & DEPARTMENT OF CORRECTIONS POLICY THEREFORE ANY LEGAL ASSISTANCE PROVIDED TO THESE TORT FEASORS BY THEIR RESPECTIVE EMPLOYING AGENCIES IS A **STATUTORY VIOLATION** UNDER THE **PENNSYLVANIA POLITICAL SUBDIVISION TORT CLAIMS ACT @ 42 Pa C.S. § 8547 "LEGAL ASSISTANCE"** & MAY GIVE RISE TO FUTURE CLAIMS PUNISHABLE BY LAW.

## * * * * JUDICIAL NOTICE (EQUITABLE TOLLING) * * * *

(5) IN ACCORDANCE WITH THE ATTACHED CASE LAW ROSS VS. VARANO 712 F3d 784; JENKINS VS. SUPERINTENDENT OF LAUREL HIGHLANDS 705 F3d 80 & PABON MAHANOY 645 F3d 385 AS THESE CASES ESTABLISH **STARE DECISIS** REGARDING THE FACT OF MR. JONES' **EXTRAORDINARY CIRCUMSTANCES** WHERE HE IS BEING CONFINED UNDER **CAMPAIGNS OF FRUSTRATION/RETALAITION/DISSUASION/TERROR** WHEN HE TRIES(-ED) TO BRING THIS COMPLAINT BEFORE THE COURT.

(6) MR. JONES NOW ASKS THE COURT TO APPLY THE DICTUM INVOLVED IN THE ABOVE CASES WHERE 2(TWO) O PRONGS HAVE TO BE MET IN ORDER FOR EQUITABLE TOLLING TO BE WARRANTED: 1) DUE DILIGENCE: MR. JONES' FILINGS BEFORE THE THE COURT @ CASES # 4:13-CV-1400 2:15-CV-0130 & * 4:16-CV-2548 SHOW PRIOR EXERTION OF DILIGENCE BY MR. JONES &

2) EXTRAORDINARY CIRCUMSTANCES: AS STATED ABOVE THE SUFFERAGE THAT MR. JONES HAS &/OR IS SUBJECTED TO HAS QUALIFIED HIM FOR A GRANT OF EQUITABLE TOLLING IN THIS CASE WHEREAS THIS IS HIS FIRST OPPORTUNITY TO

---

* MR. JONES SUBMITTED ALL OF THE FACTS FOR CONSIDERATION IN THIS COMPLAINT PREVIOUSLY IN CASE # 2:15-CV-0130

ACCESS THE COURTS FREELY REGARDING THE FACTS IN THIS COMPLAINT

## VI: BACKGROUND

(7) CURRENTLY IN PLACE THRU-OUT THE ENTIRE PA.D.O.C - EVERY STATE CORRECTION FACILITY - IS ADMINISTRATIVE DIRECTIVE DC ADM 815 AUTHORIZED &/OR APPROVED BY PA.D.O.C ADMIN. JOHN WETZEL, SHIRLEY SMEAL, DORINA VARNER & MICHEAL WENEROWIC

(8) ALTHOUGH THIS RULE -DC ADM 815- STATE'S IN PERTINENT PART THAT "24 HOURS PRIOR TO LEAVING ONE PRISON FOR TEMPORARY TRANSFER TO ANOTHER PRISON TO APPEAR @ COURT PRISONERS ARE TO BE NOTIFIED & HAVE THEIR LEGAL & PERSONAL PROPERTY INVENTORIED IN THEIR PRESENCE & HAVE A DC-153 PROPERTY INVENTORY RECEIPT FILLED OUT & SIGNED BY THE PRISONER BEING TRANSFERED" HOWEVER AS A DOUBLE-TALK / FORK TONGUED WETZEL MAKES THE ABOVE POLICY AVAILABLE ONLY TO GENERAL POPULATION PRISONERS WHILE THERE'S NO POLICY THAT GOVERNS PROCEDURES FOR PRISONERS WHO ARE HOUSED IN SOLITARY CONFINEMENT - WHICH MR. JONES IS - & ARE SCHEDULED TO APPEAR IN COURT

(9) THEREFORE, THRU BLINDED-EYES & GROSS/MALICIOUS DELIBERATE INDIFFERENCE WETZEL, SMEAL, VARNER & WENEROWICZ HAVE ENABLED/CONDONED/AUTHORIZED/SANCTIONED PRISON STAFF THRU-OUT THE PA D.O.C TO VIOLATES PRISONERS CONSTITUTIONAL RIGHTS BY UNJUSTLY\ARBITRARILY DESTROYING STEALING OR OTHERWISE DEPRIVING PRISONERS OF THEIR LEGAL & PERSONAL PROPERTY.

(10) MR. JONES HAS FILED OF OVER 10(TEN) NOTIFICATION LETTERS & 20 (TWENTY) PA D.O.C INTERAL GRIEVANCES TO WETZEL, SMEAL, KING, MILLER, VARNER & WENEROWICZ THEREFORE THEY ALL WERE FULLY AWARE THAT MR. JONES WAS BEING ABUSED YET, SAT IDLY BY DOING NOTHING TO STOP THE ABUSE HOWEVER IT WAS ONLY AFTER MR. JONES TOOK EXTREME MEASURES ON MAR. 28, 2016 WITHIN THE SCHUYLKILL COUNTY CRIMINAL COURTS THAT ANY ACTIONS WERE TAKEN.

# * * * VII. FACTS - SMEAL * * *

21) On Nov 11 2014, Defendants\Tort Feasors: Wetzel, Smeal, King, Miller, [illegible] Briggs, [illegible] McKnight, Damore, [illegible] & Butts ALL made Rounds\Toured the R.H.U @ S.C.I-M during this tour by [illegible] & S.C.I-M Admin. Mr. Jones spoke personally - face to face - with Smeal & he informed\reported\notified her immediately that S.C.I-M's staff were subjecting him to a CAMPAIGN OF RETALIATION in order to sabotage\deter his pro se litigation efforts.

22) As Smeal - who was accompanied by Butts @ this time - stood @ Mr. Jones' cell door Mr. Jones gave Smeal 4 (four) grievance complaints that he filed against the S.C.I-M Admin. staff for their usage of a CAMPAIGN OF RETALIATION. Also Mr. Jones showed Smeal unsworn declarations from prisoner eyewitnesses as well as [illegible] Smeal the EXACT TIMES & DATES that retaliations & abuses were reviewable on S.C.I-M's CCTV SYSTEM. Neither Smeal nor any of her colleagues DID ANYTHING to remedy Mr. Jones' complaints. Moreover immediately upon Smeal leaving Butts made a bee-line straight back to Mr. Jones' cell & said "You're a little nigger snitch - that's why no matter who you cry to no one's gonna stop me from doing what I want to you".

23) This [illegible] between Smeal, Butts & Mr. Jones occurred just days after the S.C.I-M Program Review Committee "P.R.C" members - i.e. Briggs, [illegible] McKnight & Butts did a tour\rounds in the R.H.U & began to voice their intentions to continue to retaliate against Mr. Jones.

# * * * * VIII. FACTS - ~~ROGERS~~ MAINS JON DOE-2 & JON DOE-3 * * *

24) On Feb. 11, 2015, as Mr. Jones was being stripped searched by transportation officers Mains & Jon Doe-2, Mains tried to take Mr. Jones' ASTHMA INHALER from him. Mr. Jones immediately asked to speak to a Lt. Lieutenant [illegible] [illegible] the situation & informed Mains that "Pa. D.O.C. policy allows inmates to carry their asthma inhalers on transport vehicles when being transferred from one prison to another".

25) Once Mr. Jones was completely\thoroughly searched then fully secured in handcuffs, black-box & waist chain & shackles he was seated in the transport van as Mains & Jon Doe-2 drove the van into the sally port area where their weapons were stored. After Mains & Jon Doe-2 retrieved their weapons Mains pointed his SHOTGUN @ MR. JONES. Mains stated "You'll be the latest crybaby-snitch [illegible] with a [illegible]".

26) On Feb. 11, 2015, Mr. Jones was escorted to the S.C.I.-M property room area with 2 [illegible] boxes of property to be transferred with him for court. NO S.C.I.-M INVENTORIED/RECORDED MR. JONES' LEGAL PROPERTY ACCORDING TO PA. D.O.C. POLICY before Mr. Jones was transferred to another prison for court.

27) When Mr. Jones arrived in the S.C.I.-M property area, C.O.'s Waters, Mains & Jon Doe-3 denied Mr. Jones' REPEATED REQUESTS to have his legal property inventoried & recorded [illegible]. Mr. Jones was told by Waters that "we don't care how many lawsuits you file. Judges ain't in control, we are" & Mains said "You'll never see any of this sh-t again 'cause we're not inventorying nothing" & Jon Doe-3 said "You can file whatever snitch paperwork you want to, there's no cameras here so who's gonna believe you".

78) [illegible] MR. JONES ARRIVED @ SCI-SMITHFIELD HE [illegible] TOLD THE PROPERTY DEPARTMENT STAFF THAT HIS PROPERTY WAS MISSING & THE SCI-SMITHFIELD STAFF [illegible] PROPERTY INVENTORY SLIP - [illegible] # 776479 MR. JONES NEVER SAW HIS MISSING PETITIONS RESEARCH [illegible] & OTHER DOCUMENTS AGAIN.

## * IX. * FACTS - LENCOVICH; BUTTS; NAVARTIL; DUDEK; MURPHY & CRAWFORD * *

79) ON [illegible] AFTER BUTTS ORDERED C.O.'S MURPHY CRAWFORD NAVARTIL & DUDEK [illegible] MR. JONES' HAND [illegible] THE FOOD SLOT BUTTS BEGAN TO TWIST BEND & TRY <u>BREAK</u> MR. JONES' HAND AFTER MR. JONES WAS PLACED IN THE MEDICAL TRIAGE AREA FOR MEDICAL STAFF TO EXAMINE HIS HAND AFTER MR. JONES BEGAN TO YELL OUT IN [illegible] [illegible] PRESENT - [illegible] DUDEK LENCOVICH NAVARTIL CRAWFORD NOR MURPHY - DOING ANYTHING [illegible] BUTTS [illegible] RELEASED MR. JONES ONCE MR. JONES RESORTED TO [illegible] BUTTS THEN EXITED THE R.H.U.'S MEDICAL EXAM ROOM THEN BUTTS [illegible] LENCOVICH [illegible] C.O.'S NAVARTIL DUDEK [illegible] MR. JONES' LEGAL & PERSONAL PROPERTY THAT REMAINED IN HIS CELL WHILE HE WAS [illegible] MEDICAL EXAMINATION / TRIAGE AREA.

## * * * X. FACTS - DUNKLE; CRAWFORD & RAKUS * * *

80) [illegible] MR. JONES WAS TOLD THAT HE WAS SCHEDULED TO BE TRANSFERRED FROM [illegible] BECAUSE OF THE ABOVE [illegible] MR. JONES OF HIS SCHEDULED [illegible] / PACK-UP / [illegible] DUNKLE CRAWFORD & RAKUS [illegible] MR. JONES IMMEDIATELY [illegible] / [illegible] / [illegible] @ THE [illegible] [illegible] HOTHING".

81) [illegible] WAS [illegible] GIVEN ACCESS TO HIS PROPERTY [illegible] [illegible] ABSOLUTELY DENIED/REFUSED [illegible] [illegible] LEGAL MATERIALS.

## * XI. * * * FACTS - BUTTS; BEGGS; VUKSTA & McKNIGHT ; * * * *

82) ON [illegible], [illegible] WAS IN HIS CELL WHEN SGT. [illegible] BUTTS, BEGGS, VUKSTA & McKNIGHT - MADE THEIR [illegible] WEEKLY TOUR OF [illegible] [illegible] THESE [illegible] MEMBERS [illegible] THAT [illegible] SABOTAGE [illegible] ONGOING [illegible].

83) [illegible] SAID "WE'RE GONNA MAKE SURE THEY FIRE YOU IN COURT"

84) [illegible] "ONCE WE'RE DONE WITH YOU [illegible] GONNA GO DOWN LIKE THE [illegible] SUNDAY"

85) McKNIGHT SAID "WE'LL MAKE SURE THEY HANG YOU FOR KILLING THAT GUY [illegible] [illegible]" &

86) BUTTS SAID " WE'RE IN CHARGE HERE [illegible] PRINCESS' LIKE YOU HAVE TO [illegible] THE HARD WAY NO MATTER [illegible] TO WE'LL KEEP DOING WHAT EVER WE WANT".

## * * * * XII. FACTS - VARNER; DAMORE; LONG; GUZENSKI; YOUNG & HORNING * * *

87) ON [illegible], AFTER [illegible] GRIEVANCE # 548384 [illegible] BY ORDERING SGT. [illegible] [illegible] VARNER [illegible].

88) [illegible] # [illegible] PRE-APPROVED [illegible] ORDERED [illegible] [illegible] # B-233161 [illegible].

[illegible] CCTV FOOTAGE [illegible].

* * * FACTS – WENEROWICZ, BEGGS; BISCOE; VALENTINE; NAVARTIL * * *
XIVI: MURPHY; POLASICK(?)

89) ON DEC. 22, 2015, LT. BISCOE & C.O'S SMITH, FLANNERY & MURPHY ESCORTED MR. JONES TO THE MEDICAL TRIAGE ROOM FOR X-RAYS & WHILE MR. JONES WAS BEING X-RAYED BISCOE ORDERED C.O'S VALENTINE, PUSHION & CRAWFORD TO THROW MR. JONES' LEGAL DOCUMENTS. WHEN MR. JONES RETURNED TO HIS CELL HE SAW A TRAIL OF LEGAL MAILINGS & OTHER ITEMS DISCARDED ON THE FLOOR OUTSIDE HIS CELL. THESE EVENTS WERE RECORDED FOR POSTERITY ON AUDIO/VISUAL VIDEO CAMERA

90) ON JAN. 8, 2016, MR. JONES' CELL WAS SEARCHED AGAIN BY TROMETTER, NAVARTIL & 3 (THREE) OTHER C.E.R.T TEAM MEMBERS ON HANDHELD AUDIO/VIDEO CAMERA. DESPITE THE PRESENCE OF SAID CAMERA THESE STAFF AGAIN THREW MR. JONES' EVIDENTIARY MATERIALS & PETITIONS INTO THE TRASH.

91) ON JAN. 14, 2016, MR. JONES LEFT S.C.I-M TO APPEAR IN SCHUYLKILL COUNTY COURT FOR A HEARING. IMMEDIATELY UPON MR. JONES' EXIT FROM HIS CELL C.O'S POLASICK, VALENTINE & 2 (TWO) OTHER S.C.I-M STAFF CAN BE SEEN ON S.C.I-M CCTV FOOTAGE ENTERING MR. JONES' CELL – YET AGAIN – UNDER DIRECT ORDERS FROM BEGGS. WHEN MR. JONES RETURNED FROM SCHUYLKILL COUNTY COURT ON JAN. 26 2016 ALL OF HIS LEGAL FILINGS THAT WERE FILED UP TO THAT POINT – IN CASE #4:13CV1400 – WERE STOLEN\DESTROYED & ON JAN 28 2016 WHEN HE MADE ROUNDS/TOURED THE HOUSING UNIT BEGGS TOOK CREDIT FOR THE THEFT\DESTRUCTION OF MR. JONES' LEGAL/PERSONAL PROPERTY. BEGGS TOLD MR. JONES THAT "I HAD MY GUYS GO IN THERE WHILE YOU WERE @ COURT & GET RID OF THAT BULLSHIT PAPERWORK YOU KEEP FILING".

* * * * * *
XIV. FACTS – WETZEL; BARNACLE; SMEAL; WENEROWICZ; KING; VARNER; MILLER; CLARK; SORBER & MURPHY

92) MR. JONES FILED OVER 50 (FIFTY) PA. D.O.C. INTERNAL GRIEVANCES & OVER 20 (TWENTY) LETTERS\COMPLAINTS\NOTICES OF ABUSE\THREATS\PHYSICAL ATTACKS BY S.C.I.-M STAFF: WETZEL, BARNACLE, VARNER, SMEAL, WENEROWICZ, MILLER, KING, MILLER NOR S.C.I.-M STAFF: CLARK OR SORBER WOULD DO ANYTHING TO STOP THESE ABUSES & ON JUNE 20, 2015 MR. JONES WAS PUNCHED IN HIS FACE BY C.O. MURPHY WHEN HE ATTENDED EXERCISE YARD.

* * * * * * *
XV. FACTS – WETZEL; SMEAL; BARNACLE; WENEROWICZ; VARNER; KING; MILLER; DELBALSO; CLARK; SORBER; WALL; VALENTINE; ZENDARSKI & PINKO

93) AFTER MR. JONES SENT OVER 50 (FIFTY) PA. D.O.C. INTERNAL GRIEVANCES & OVER 20 (TWENTY) LETTERS\COMPLAINTS\NOTICES OF ABUSE\THREATS\PHYSICAL ATTACKS BY S.C.I.-M STAFF: WETZEL, SMEAL, BARNACLE, WENEROWICZ, VARNER, KING, MILLER, DEBALSO, CLARK & SORBER ALLOWED WALL, VALENTINE, PINKO & ZENDARSKI TO ATTACK MR. JONES ON JAN. 26, 2016 AS HE RETURNED FROM SCHUYLKILL COUNTY COURT.

* * * * * * *
XVI. FACTS – KERESTES; BEGGS; VUKSTA; McKNIGHT; AHNER; STEINHART RAWN & WALTERS

94) ON VARIOUS DATES INCLUDING BUT NOT LIMITED TO: MAR. 3, 2014 -TO- MAR. 14, 2014; JAN. 16, 2015 -UNTIL- JAN. 24, 2015 & FEB. 4, 2015 -UNTIL- FEB. 2015 ON THESE DATES - INTER ALIA MR. JONES WAS CONFINED IN THE SECLUDED\ISOLATED AREA OF S.C.I.-M BY PSYCHOLOGY DEPARTMENT STAFF: WALTERS, RAWN & AHNER

95) WHILE HOUSED IN THIS TORTUROUS HOUSING AREA MR. JONES WAS SUBJECTED TO FREEZING BLIZZARD CONDITIONS WHERE HE HAD ONLY A SMOCK & BLANKET NOTHING ELSE TO FEND OFF THE COLD BELOW-ZERO TEMPERATURES WITH A RAGING SNOWSTORM\BLIZZARD TAKING PLACE OUTSIDE & THE HOUSING UNIT'S HEATING SYSTEM BLOWING COLD AIR INTO THE CELL AS WELL KERESTES, BEGGS, VUKSTA, McKNIGHT, AHNER, RAWN, STEINHART & WALTERS WERE ALL AWARE OF THESE CONDITIONS YET DID NOTHING FIX THIS PROBLEM.

96) WHILE HELD IN THIS <u>TORTUROUS</u> HOUSING UNIT MR. JONES WAS DENIED\DEPRIVED PROPER NUTRITION BY THESE S.C.I-M STAFF AS HE WAS GIVEN COLD MEALS EVERYDAY ALL DAY WHICH WERE 2 (TWO) SLICES OF CHEESE 2 (TWO) SLICES OF BREAD AN ORANGE (ONE) & A MILK & A PEANUT BUTTER & JELLY SANDWICH IN THE EVENING FOR MALICIOUS TORTUROUS \ ABUSIVES.

97) WHILE HOUSED IN THESE SPECIFIC TORTURE CELLS DEFENDANTS/TORT FEASORS: KERESTES, BIGGS, VUKSTA, MCKNIGHT, AHNER, STEINHART, RAWN & WALTERS KEEP MULTIPLE ULTRA/EXTRA BRIGHT LIGHTS ON 24 HOURS A DAY 7 DAYS A WEEK WHICH IS UNIVERSALLY RECOGNIZED AS LIGHT BOARDING TORTURE MR. JONES WAS NEVER GIVEN ANY RELIEF FROM SUCH TORTURE WHILE CONFINED IN THESE CELLS.

## * XVII. * * * FACTS HESSE * * * *

98) ON MAY 22, 2014, MR. JONES SENT AN ABUNDANCE OF EYEWITNESS DECLARATIONS, FALSIFIED PA D.O.C FORMS & OTHER DOCUMENTARY EVIDENCE TO S.C.I-M LIBRARIAN TO HAVE THESE ITEMS COPIED AS EXHIBITS IN VARIOUS LEGAL MATTERS REGARDING MR. JONES THERE WERE 15 (FIFTEEN) PAGES WHEN MR. JONES FILED HIS DOCUMENTS TO BE COPIED MR. JONES' DOCUMENTS NOR COPIES WERE EVER RETURNED HOWEVER HE RECEIVED A REPLY ADDED ON TO THE REQUEST FORM THAT WAS ATTACHED TO DOCUMENTS HE NEEDED TO BE COPIED THRU-OUT THE REST OF THE MONTH OF MAY & THE ENTIRE MONTH OF JUNE MR. JONES TRIED TO AVAIL HIMSELF & HAVE HIS DOCUMENTS RETURNED ON MAY 31 2014 HESSE REPLIED TO MR. JONES' REQUEST OF MAY 22, 2014 STATING THAT ALL OF MR. JONES' DOCUMENTS WERE ALREADY RETURNED TO HIM EVEN THOUGH MR. JONES WAS HOUSED @ ~~STATE~~ S.C.I-SMITHFIELD ON THE DATE THAT HESSE CLAIMS THE DOCUMENTS "WERE "RETURNED" TO HIM MR. JONES CONTINUED TO COMPLAIN & FILE REQUEST & GRIEVANCES TO NO AVAIL.

## * * * * XVIII FACTUAL NOTICE * * * *

99) ON JAN. 8, 2016 @ 1:10-20 PM S.C.I-M CCTV FOOTAGE WILL SHOW DEFENDANT \TORT FEASOR WENEROWICZ STANDING @ MR. JONES' CELL AS MR. JONES TOLD WENEROWICZ ABOUT THE ONGOING CAMPAIGNS OF RETALIATION & ABUSE & THE LEGAL\PERSONAL PROPERTY THEFT\DESTRUCTION THAT JUST OCCURRED A FEW MINUTES EARLIER WENEROWICZ REFUSED TO TAKE ANY ACTION TO STOP S.C.I-M'S ABUSE/RETALIATIONS AGAINST MR. JONES

*

## * XIX * * FACTS- HINMAN; BUTTS; PARKER & HOFFMAN * * *

100) ON APR. 13 2015 AFTER MR. JONES SUBMITTED DOCUMENTS TO COPIED ACCORDING TO THE ROUTINE S.C.I-M PROCEDURES C.O. PARKER CAN BE SEEN ON S.C.I-M CCTV FOOTAGE SIGNING & STAPLING A Pa. D.O.C FORM # DC 138-A TO MR. JONES LEGAL DOCUMENTS IN ORDER TO PAY THE COST FOR COPIES TO MADE LATER AFTER THE DC-138 "CASH SLIP" WAS SIGNED & ATTACHED TO MR. JONES' LEGAL DOCUMENTS ~~FROM~~ S.C.I-M'S ASSISTANT SUPERINTENDANT HINMAN COLLECTED THESE DOCUMENTS FROM THE HOUSING UNITS MAIL BOX THEN SHE PLACED THEM IN THE UNSECURED MAIL BAG THAT SHE USES TO CARRY THE OUTGOING PRISONERS MAIL FROM THE HOUSING UNITS MAIL BOXES.

101) AFTER HINMAN COLLECTED MR. JONES LEGAL DOCUMENTS HINMAN EXITED THE H-BLOCK C-POD HOUSING UNIT THEN SHE CAN BE SEEN ON S.C.I-M CCTV FOOTAGE ALLOWING C.O.'S PARKER & HOFFMAN TO SEEK OUT/SEARCH THRU/ZERO IN ON THE UNSECURED MAIL BAG SHE CARRIED & LETTING PARKER & HOFFMAN TARGET\STEAL\ TAKE-OUT & DESTROY MR. JONES' LEGAL DOCUMENTS ONCE PARKER & HOFFMAN STOLE MR. JONES' LEGAL DOCUMENTS FROM HINMAN'S MAIL BAG PARKER & HOFFMAN CAN BE SEEN ON S.C.I-M'S CCTV FOOTAGE TAKING MR. JONES' LEGAL DOCUMENTS INTO BUTTS WHO WAS WAITING FOR THEM IN HIS OFFICE TO DISPOSE OF MR. JONES' LEGAL WORK.

## * * * * XX FACTUAL NOTICE * * *

102) THE LEGAL ITEMS THAT WERE STOLEN CONSISTED OF EYEWITNESS DECLARATIONS FROM: LARRIS WILSON, SAMUEL JOHNSON, MICHEAL REEVES & DAVID BROWN AS WELL AS PETITIONS FOR PRISONER WITNESS' PAST DC-138 CASH SLIP FORMS\RECEIPTS & TRANSCRIPTS FROM A DEPOSITION HELD ON FEB. 26, 2013 -INTER ALIA NONE OF THESE DOCUMENTS WERE EVER BY MR. JONES AGAIN AFTER THEY WERE TAKEN INTO BUTTS' OFFICE.

## * * * XXI. FACTS - DEFIBAUGH * * *

103) ON DATES INCLUDING BUT NOT LIMITED TO THE FOLLOWING: 1·11·16, 1·12·16, 1·27·16, 1·28·16, 1·29·16, 1·30·16, 1·31·16, 2·1·16, 2·6·16 & 2·8·16 ON THE DATES MENTIONED FOREGOINGLY DEFENDANT/TORT FEASOR DEFIBAUGH EITHER 1) PHYSICALLY ATTACKED; 2) REFUSED MEALS - 1·11·16, 1·12·16, 1·10·16, 1·28·16, 1·29·16, 1·30·16 & 1·31·16, 2·1·16 & 2·6·16 & 3) SEXUALLY ABUSED MR. JONES & EVEN AFTER HIS NUMEROUS COMPLAINTS\NOTIFICATION\GRIEVANCES DEFIBAUGH WAS GIVEN FREE REIN TO WAGE A CAMPAIGN OF ABUSE/TORTURE AGAINST MR. JONES

## * XXII. * * * JUDICIAL NOTICE * * * *

104) DEFENDANT/TORT FEASOR DEFIBAUGH WAS APART OF A GROUP OF S.C.I-MAH STAFF THAT HAD MR. JONES BROUGHT UP ON FALSE CRIMINAL CHARGES IN SCHUYLKILL COUNTY COURT WHICH MR. JONES WAS FULLY ACQUITTED OF IN JULY 2016.

## * * * * XXIII. FACTS - DUDEK * * * *

105) IN FEB. 2015, S.C.I-M'S CCTV FOOTAGE WILL SHOW DEFENDANT/TORT FEASOR DUDEK KICK & BANG ON MR. JONES' CELL DOOR AS HE WAS SLEEPING THIS INCIDENT HAPPENED ON: FEB. 20, 2015 THEN ON: FEB. 22, 2015 S.C.I-M CCTV FOOTAGE WILL SHOW DUDEK THROW ANOTHER PRISONERS BOOTS @ &/OR INTO MR. JONES' CELL DOOR AS DUDEK YELLED "WHAT'RE YOU GONNA DO ABOUT IT, SNITCH, IN YOUR LETTERS TO CENTRAL OFFICE WELL GO AHEAD EVERYONE KNOWS I GIVE YOU A REASON TO FILE A LAWSUIT".

## * * * * XXIV. JUDICIAL NOTICE * * * *

106) AFTER MR. JONES COMPLAINED & FILED PA.D.O.C INTERNAL GRIEVANCE/NOTIFICATIONS DUDEK ON FEB 22, 2015 "BURNT" \DENIED FOOD TO MR. JONES THEN DUDEK HAD THE STATE POLICE FALSELY ARREST MR. JONES ON MAR. 8, 2015.

* * * * XXV. FACTS - BANKS; PETERS-1; PETERS-2; DEFIBAUGH; BRZOZOWSKI & MARSCAVAGE * *

107) ON JUNE 30, 2014, AFTER MR. JONES FILED NOTIFICATIONS\COMPLAINTS AGAINST THE S.C.I.-M. STAFF DEFENDANTS\TORT FEASORS: BANKS, PETERS-1, PETERS-2, DEFIBAUGH & BRZOZOWSKI ESCORTED MR. JONES FROM ONE CELL TO ANOTHER WITH HIS HANDS CUFFED BEHIND HIS BACK, A "LEASH" ATTACHED TO THE HAND CUFFS, SHACKLES ON HIS FEET & BANKS, PETERS-1, PETERS-2, DEFIBAUGH & BRZOZOWSKI HAD TASERS ON MR. JONES SHOCK-SHIELD, NIGHT STICKS, PEPPER GAS CANISTERS, HELMETS & "RIOT GEAR" & AS HE WAS BEING ESCORTED MR. JONES VERBALLY STATED HIS GRIEVANCES TO BE RECORDED.

108) ONCE MR. JONES WAS IN ANOTHER CELL BANKS, PETERS-1, PETERS-2, DEFIBAUGH & BRZOZOWSKI TOOK EVERYTHING OUT OF THE CELL STRIPPED MR. JONES NAKED CUFFED HIS HANDS TO A BELT & SHACKLED HIS FEET AS BANKS, PETERS-1, PETERS-2, DEFIBAUGH & BRZOZOWSKI WERE PUTTING A BELT & HAND CUFFS ON HIM THEY BEGAN TO CHOKE, KNEE, PUNCH & ELBOW MR. JONES FOR VOICING HIS COMPLAINTS AGAINST THEM.

109) THEN TO COVER UP THEIR ATTACK NURSE MARSCAVAGE (?) ENTERED INTO AGREEMENT WITH THEM TO FALSIFY MR. JONES' MEDICAL RECORDS & HIDE MR. JONES' INJURIES.

* * * * XXVI. JUDICIAL NOTICE * * * *

110) ON 10.2.14 DEFENDANTS/TORT FEASORS: BANKS, DEFIBAUGH, PETERS-1, BRZOZOWSKI, PETERS-2 & MARSCAVAGE HAD FALSE/FRAUDULENT CHARGES FILED WITH THE PENNSYLVANIA STATE POLICE AGAINST MR. JONES.

& ON JULY 16, 2016, MR. JONES WAS FULLY ACQUITTED OF ALL CHARGES THE SCHUYLKILL COUNTY COURT.

## * * * * XXVII. FACTS – GAVIN MAUSTELLER & BUTTS * * * *

111) ON NOV. 29, 2015, S.C.I.-M CCTV FOOTAGE (@ 10:20 AM) WILL THAT AFTER HE DENIED JONES A SHOWER DEFENDANT/TORT FEASOR MAUSTELLER CAN BE SEEN ON SAID VIDEO REPEATEDLY THREATENING, HARASSING & TAUNTING JONES. MAUSTELLER TOLD HIM "YOU'RE LUCKY I'M WITH THESE GUYS OR I'D COME IN THAT CELL & KICK YOUR TATTLE-TELLING SNITCHING ASS" & "YOU WANTED A SHOWER WELL TO BAD SNITCHES DONT GET SHOWERS ON MY WATCH".

112) AFTER APPROXIMATELY 5 (FIVE) - 10 (TEN) MINUTES PASSED DEFENDANTS/TORT FEASORS GAVIN & BUTTS "MADE ROUNDS" ON THE HOUSING UNIT @ THIS TIME S.C.I.-M CCTV FOOTAGE WILL AGAIN SHOW GAVIN & BUTTS @ JONES' CELL DOOR AS JONES TOLD THEM THAT MAUSTELLER DENIED HIM A SHOWER & WAS CONTINUOUSLY MAKING THREATS AGAINST HIM. GAVIN & BUTTS TOLD HIM THEY WOULD "TAKE CARE OF IT".

ONCE GAVIN & BUTTS WALKED MAUSTELLER IMMEDIATELY BEE-LINE TO JONES' CELL & BEGAN TO KICK MR. JONES' DOOR AS HE YELLED "LOOK @ WHAT I DO TO SNITCHES Y'ALL" & "Y'ALL INMATES BETTER LEARN NOT TO BE A SNITCH LIKE JONES".

## * * * * XXVIII. LEGAL CLAIMS * * * *

MR. JONES RE-ALLEGES & INCORPORATES PARAGRAPHS # 4-112

113) CLASS OF ONE – WHERE THE DEFENDANTS/TORTFEASORS MENTIONED FORGOINGLY THRU-OUT PARAGRAPHS # 4 – 112 KNEW THAT THEIR ACTIONS WOULD AMOUNT TO &/OR HAVE LEGAL RAMIFICATIONS WHEN THESE DEFENDANTS\TORT FEASORS CAUSED JONES TO BE TREATED IN A WAY WORSE THAN OTHER PRISONERS LESS DESERVING & SIMILARLY SITUATED TO JONES.

114) CONSPIRACY — WHEREAS THE DEFENDANTS/TORT FEASORS MENTIONED THRU-OUT PARAGRAPHS #s 4 - 112 KNEW THAT THEIR ACTIONS WOULD AMOUNT TO &/OR HAVE LEGAL RAMIFICATIONS WHEN THESE DEFENDANTS/TORTFEASORS ENTERED INTO AGREEMENT(S) WHICH CAUSED JONES TO SUFFER 1ST 5TH 6TH 8TH & 14TH AMENDMENT VIOLATIONS.

115) FAILURE TO INTERVENE — WHEREAS THE DEFENDANTS\TORT FEASORS MENTIONED THRU-OUT PARAGRAPHS #s 4 - 112 KNEW THAT THEIR ACTIONS WOULD HAVE &/OR AMOUNT TO LEGAL RAMIFICATIONS WHEN THESE DEFENDANTS/TORT FEASORS FAILED TO STOP VIOLATIONS OF JONES' 1ST 5TH 6TH 8TH & 14TH AMENDMENT RIGHTS.

116) RETALIATION — WHEREAS THE DEFENDANTS\TORT FEASORS MENTIONED THRU-OUT PARAGRAPHS #s 4 - 112 KNEW THAT THEIR ACTIONS WOULD AMOUNT TO HAVE LEGAL RAMIFICATIONS WHEN THESE DEFENDANTS/TORT FEASORS USED ILLEGAL BASIS' TO TAKE ACTION AGAINST JONES.

117) CRUEL & UNUSUAL PUNISHMENT — WHEREAS THE DEFENDANTS/TORT FEASORS MENTIONED THRU-OUT PARAGRAPH #s 4 - 112 KNEW THAT THEIR ACTS & OMISSIONS WOULD HAVE LEGAL RAMIFICATIONS\CONSEQUENCES WHEN THEY SUBJECTED JONES TO DELIBERATE INDIFFERENT\MALICIOUS\INHUMANE TREATMENT.

118) DENIAL OF ACCESS TO COURT — WHEREAS THE DEFENDANTS\TORT FEASORS MENTIONED THRU-OUT PARAGRAPHS #s 4 - 112 KNEW THAT THEIR ACTS & OMISSIONS WOULD HAVE LEGAL RAMIFICATIONS/CONSEQUENCES WHEN THESE DEFENDANTS/TORT FEASORS SUBJECTED JONES TO MALICIOUS ABUSES AS WELL AS PREVENTING HIS PETITIONS FROM BEING CONSIDERED BY THE COURTS.

119) VIOLATION OF DUE PROCESS – WHEREAS THE DEFENDANTS\TORTFEASORS MENTIONED THRU-OUT PARAGRAPHS #S 4 – 112 KNEW THAT THEIR ACTS OMISSIONS WOULD HAVE LEGAL/CONSEQUENCES/RAMIFICATIONS WHEN SUBJECTED JONES TO DENIAL OF HIS RIGHTS TO DUE PROCESS OF LAW.

120) PA STATE LAW DEFAMATION – WHEREAS THE DEFENDANTS/TORTFEASORS MENTIONED THRU-OUT PARAGRAPHS #S 4 – 112 KNEW THAT THEIR ACTS & OMISSIONS WOULD HAVE LEGAL RAMIFICATIONS/CONSEQUENCES WHEN THEY SUBJECTED JONES TO DEFAMING/SLANDEROUS STATEMENTS WITHIN THE COMMONWEALTH COURTS.

121) PA STATE LAW INTENTIONAL & CONVERSION TORTS – WHEREAS THE DEFENDANTS/TORTFEASORS MENTIONED THRU-OUT PARAGRAPHS #S 4 – 112 KNEW THAT THEIR ACTS & OMISSIONS WOULD HAVE LEGAL RAMIFICATIONS\CONSEQUENCES WHEN THEY VIOLATED JONES' STATE LAW RIGHTS PER 42 Pa C.S.A. §§ 8545–8550.

122) PA STATE LAW PECULIAR RISK & SUPERIOR KNOWLEDGE TORTS – WHEREAS THE DEFENDANTS\TORTFEASORS MENTIONED THRU-OUT PARAGRAPHS #S 4 – 112 KNEW THAT THEIR ACTS & OMISSIONS WOULD HAVE LEGAL RAMIFICATIONS\CONSEQUENCES WHEN THEY HAD <u>ACTUAL KNOWLEDGE</u> OF UNNECESSARY RISKS TO JONES YET DID NOTHING TO ALLEVIATE SAID RISKS.

123) MR. JONES HAS NO ADEQUATE OR COMPLETE REMEDY @ LAW TO REDRESS THE WRONGS DESCRIBED HEREIN, JONES HAS BEEN & WILL CONTINUE TO BE IRREPAIRABLY INJURED BY THE CONDUCT OF THE DEFENDANTS, UNLESS THIS COURT GRANTS THE DECLARATORY & INJUNCTIVE RELIEF WHICH MR. JONES SEEKS.

## * * * * XXIV. PRAYER FOR RELIEF * * * *

124) WHEREFORE MR. JONES RESPECTFULLY REQUESTS/PRAYS THAT THIS COURT ENTERS JUDGMENT GRANTING HIM:

125) A DECLARATION THAT THE ACTS & OMISSIONS DESCRIBED HEREIN VIOLATED HIS RIGHTS UNDER THE CONSTITUTION & LAWS OF THESE UNITED STATES;

126) A DECLARATION THAT THE ACTS & OMISSIONS DESCRIBED HEREIN VIOLATED JONES' RIGHTS UNDER PENNSYLVANIA STATE LAWS;

128) A PRELIMINARY & PERMANENT INJUNCTION & DECLARATION ORDERING DEFENDANTS/TORT FEASORS: WETZEL TO GIVE MR. JONES <u>UNOBSTRUCTED</u> ACCESS TO HIS LEGAL PROPERTY BY HAVING SAID PROPERTY STORED ON AN "INSPIRE" TABLET TO HAVE ELECTRONIC SPEEDY ACCESS TO COURTS IN THIS CASE;

129) COMPENSATORY DAMAGES IN THE AMOUNT OF $500,000.00 AGAINST EACH DEFENDANT JOINTLY & SEVERALLY;

130) PUNITIVE DAMAGES IN THE AMOUNT OF $95,000.00 AGAINST EACH DEFENDANT;

131) A JURY TRIAL ON ALL ISSUES TRIABLE BY JURY;

132) JONES' COST IN THIS SUIT;

133) ANY ADDITIONAL RELIEF THIS COURT DEEMS JUST, PROPER & EQUITABLE.

DATED: NOV. 21, 2017

RESPECTFULLY SUBMITTED,

MARCELLUS A. JONES
#HR 2421 S.C.I.-GREENE / 169 PROGRESS DRIVE
WAYNESBURG PA 15370-8082

## VERIFICATION

I HAVE READ THE FOREGOING COMPLAINT & DO HEREBY VERIFY THAT THE MATTERS ALLEGED THEREIN ARE TRUE EXCEPT AS TO MATTERS ALLEGED ON INFORMATION & BELIEF & AS TO THOSE I BELIEVE THEM TO BE TRUE & CORRECT

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MR. PETER WALSH, CLERK OF COURT
240 W. THIRD ST
WILLIAMSPORT PA 17701-6460

DATE: NOV. 21, 2017

DEAR MR. WALSH,

FIND ENCLOSED FOR FILING 1 (ONE) "INITIAL COMPLAINT" CONTAINING 24 (TWENTY FOUR) PAGES IN ALL.

THANK YOU FOR YOUR ATTENTION TO THIS MATTER.

RESPECTFULLY SUBMITTED,
[signature]

PROOF OF SERVICE

I MARCELLUS A. JONES DO HEREBY VERIFY THAT A TRUE & CORRECT COPY OF "INITIAL COMPLAINT" WAS SENT ON NOV. 21, 2017 TO:

PETER WALSH COURT CLERK
U.S. COURT HOUSE
240 W. THIRD ST.
WILLIAMSPORT PA 17701-6460

BY FIRST CLASS MAIL

[signature]